UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA TENNESSEE DIVISION

In re:
GREGORY LYNN BONEE
DIONA MICHELLE BONEE
Debtor(s)

Case No. 13-10006-RM1-13

**Chapter 13 Trustee's Final Report and Account**

Henry E. Hildebrand, III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/18/2013.

2) The plan was confirmed on 03/24/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/01/2014, 04/17/2014, 01/08/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/06/2019.

6) Number of months from filing to last payment: 66.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $55,815.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $114,374.46 |
| Less amount refunded to debtor | $1,822.04 |

**NET RECEIPTS:** **$112,552.42**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,065.00 |
| Court Costs | $281.00 |
| Trustee Expenses & Compensation | $3,982.52 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$8,328.52**

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 3D FINANCIAL | Unsecured | 400.00 | 238.00 | 238.00 | 63.60 | 0.00 |
| 3D FINANCIAL | Unsecured | NA | 400.00 | 400.00 | 98.95 | 0.00 |
| BANK OF AMERICA | Unsecured | 10,632.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Secured | NA | 261.95 | 720.45 | 720.45 | 0.00 |
| BANK OF AMERICA NA | Secured | NA | 17,546.75 | 15,915.07 | 15,915.07 | 0.00 |
| BSI FINANCIAL SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CABELAS CLUB VISA | Unsecured | 4,231.00 | NA | NA | 0.00 | 0.00 |
| CASH EXPRESS LLC | Unsecured | 400.00 | 826.00 | 826.00 | 220.74 | 0.00 |
| CKS FINANCIAL | Unsecured | NA | 2,870.22 | 2,870.22 | 767.03 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Secured | 14,000.00 | 13,945.91 | 13,945.91 | 13,945.91 | 2,482.66 |
| COURTNEY CLAYTON | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CROCKETT GENERAL HOSPITAL | Unsecured | NA | 548.74 | 548.74 | 135.75 | 0.00 |
| CROCKETT GENERAL HOSPITAL | Unsecured | NA | 304.96 | 304.96 | 81.49 | 0.00 |
| CROCKETT GENERAL HOSPITAL | Unsecured | 1,217.00 | 212.42 | 212.42 | 42.48 | 0.00 |
| DURATECH MEDICAL INC | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| EMPLOYEE RESOURCES CRED UNIO | Unsecured | 3,983.00 | 2,230.00 | 2,230.00 | 595.94 | 0.00 |
| EMPLOYEE RESOURCES CRED UNIO | Unsecured | NA | 1,903.00 | 1,903.00 | 508.56 | 0.00 |
| EMPLOYEE RESOURCES CRED UNIO | Secured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL NATL MORT ASSOC | Unsecured | NA | 0.00 | 2,733.81 | 730.57 | 0.00 |
| FIA CARD SERVICES NA | Unsecured | 4,834.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL | Unsecured | 6,342.00 | NA | NA | 0.00 | 0.00 |
| MAURY REGIONAL MEDICAL CENTE | Unsecured | 804.00 | NA | NA | 0.00 | 0.00 |
| MID TENNESSEE FAMILY HEALTH | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,442.00 | 6,342.15 | 6,342.15 | 1,694.86 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,091.00 | 1,090.98 | 1,090.98 | 291.55 | 0.00 |
| RAPID CARE LLC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| RICKY BS CHECK CASHING | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SE EMERGENCY PHYSICIANS | Unsecured | 48.00 | 47.52 | 47.52 | 9.50 | 0.00 |
| SETERUS INC | Secured | NA | 650.00 | 650.00 | 650.00 | 0.00 |
| SOUTHERN FINANCE OF TENNESSEE | Unsecured | 102.00 | 739.12 | 739.12 | 182.85 | 0.00 |
| SOUTHERN RADIOLOGY ASSOC | Unsecured | 23.00 | 94.34 | 94.34 | 18.87 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)  Case No.  13-10006

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| STATE FIN OF LAWRENCEBURG | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Unsecured | NA | 3,432.42 | 3,432.42 | 917.27 | 0.00 |
| SUNTRUST BANK | Secured | NA | 15.00 | 15.00 | 15.00 | 0.00 |
| SUNTRUST BANK | Secured | NA | 60,121.65 | 22,544.19 | 22,544.19 | 0.00 |
| SUNTRUST BANK | Unsecured | 5,468.00 | 2,036.95 | 2,036.95 | 544.35 | 0.00 |
| SUNTRUST BANK | Unsecured | NA | 6,004.49 | 6,004.49 | 1,604.62 | 0.00 |
| SUNTRUST BANK | Secured | 1,700.00 | 872.79 | 1,684.88 | 1,684.88 | 0.00 |
| TITLEMAX OF TENNESSEE INC | Secured | 2,146.00 | 2,416.36 | 2,416.36 | 2,416.36 | 159.35 |
| UNITED STATES BANKRUPTCY COUI | Unsecured | NA | 350.00 | 350.00 | 350.00 | 0.00 |
| US BANK TRUST NA | Secured | 30,700.00 | 33,433.81 | 30,700.00 | 30,700.00 | 4,051.58 |
| VANDERBILT MEDICAL GROUP | Unsecured | 116.00 | 321.20 | 321.20 | 79.47 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $38,459.26 | $38,459.26 | $0.00 |
| Mortgage Arrearage | $3,070.33 | $3,070.33 | $0.00 |
| Debt Secured by Vehicle | $16,362.27 | $16,362.27 | $2,642.01 |
| All Other Secured | $30,700.00 | $30,700.00 | $4,051.58 |
| **TOTAL SECURED:** | **$88,591.86** | **$88,591.86** | **$6,693.59** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,726.32** | **$8,938.45** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $8,328.52 |
| Disbursements to Creditors | $104,223.90 |
| **TOTAL DISBURSEMENTS:** | **$112,552.42** |

UST Form 101-13-FR-S (9/1/2009)   Case No.  13-10006

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/11/2019                                        By: /s/ Henry E. Hildebrand, III
                                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.